# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-9493-SVW (JEMx) | Date | May 19, 2016 |
|---|---|---|---|
| Title | Chris Langer v. Romeo A. Deguzman et al | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE MOTION TO COMPEL INITIAL RESPONSES TO THE REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR INTERROGATORIES, SEEKING SANCTIONS (Docket No. 25)**

     Before the Court is a Motion to Compel Responses to Request for Production of Documents and to Interrogatories, Seeking Sanction ("Motion") filed by Plaintiff Chris Langer. Defendants filed no opposition.

     The Court issues an Order to Show Cause why it should not grant Plaintiff's Motion to Compel responses to interrogatories document requests, and Rule 37 sanctions. Defendants have until May 26, 2016 to respond. Plaintiff may file a reply by June1, 2016.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | sa |