FILED
CLERK, U.S. DISTRICT COURT

Aug 26, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer,**

    Plaintiff,

v.

**Romeo A. Deguzman;
Alejandra R. Deguzman;
United Bread and Pastry
Incorporated;**

    Defendants.

**Case:** 2:15-CV-09493-SVW-JEM

**JUDGMENT**
(on Motion for Summary Judgment)

    Following the Court's ruling on July 28, 2016, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendants Romeo A. Deguzman; Alejandra R. Deguzman; and United Bread and Pastry Incorporated, a California Corporation in the amount of $4,000.

Date: August 26, 2016    By: _/s/ Stephen V. Wilson_

                                    UNITED STATES DISTRICT JUDGE
                                    STEPHEN V. WILSON